UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>             Plaintiff,<br><br>     v.<br><br>U.S HOUSE OF SENATE,<br><br>             Defendant. | No. 1:23-cv-00781-ADA-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE<br><br>(ECF No. 7) |

Plaintiff Chris Epperson, proceeding pro se and in forma pauperis, initiated this civil action on May 22, 2023. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 21, 2023, the Court screened Plaintiff's complaint and determined that it failed to comply with Federal Rule of Civil Procedure 8. (ECF No. 4.) The Court granted Plaintiff an opportunity to cure the complaint's deficiencies and advised Plaintiff of the pertinent legal standards. (*Id*.) Plaintiff timely filed an amended complaint on September 25, 2023, but despite the Court's guidance on the legal standards, Plaintiff failed to cure the initial complaint's deficiencies. (ECF No. 6.)

On September 27, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending this action be dismissed, with prejudice, for failure to comply with Federal Rule of Civil Procedure 8, failure to state a cognizable claim upon which relief may

1

be granted, and as frivolous. (ECF No. 7.) The Magistrate Judge also recommended that all pending motions be denied as moot. (*Id.*) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id*. at 4.) The time for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 27, 2023, (ECF. No. 7), are ADOPTED in FULL;
2. This action is DISMISSED, with prejudice, due to Plaintiff's failure to comply with Federal Rule of Civil Procedure 8, failure to state a cognizable claim upon which relief may be granted, and as frivolous;
3. All pending motions are DENIED as moot: and
4. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

   Dated:   October 27, 2023

UNITED STATES DISTRICT JUDGE

2