## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CHRIS EPPERSON,**

CASE NO: **1:23–CV–00781–ADA–BAM**

v.

**U.S. HOUSE OF SENATE,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/27/2023**

    **Keith Holland**
    Clerk of Court

ENTERED: **October 27, 2023**

by: /s/ A. Lawrence
Deputy Clerk